UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAO LIU,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 19-cv-01515-JD<br><br>**ORDER RE DISMISSAL AND VACATING HEARING** |

Pro se plaintiff Liu's complaint was dismissed under Rule 12(b)(6), with leave to amend, because it was not intelligible. Dkt. No. 20. Liu filed an amended complaint that did not provide any clarity, Dkt. No. 25, and a "joinder" motion that is equally unclear, Dkt. No. 26.

Because Liu has not substantively addressed the Court's concern in the prior dismissal order, the case is dismissed without prejudice under Rule 41(b). The hearing scheduled for September 12, 2019, is vacated.

**IT IS SO ORDERED.**

Dated: September 5, 2019

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAO LIU,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>        Defendants. | Case No. 19-cv-01515-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on September 6, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hao Liu
1811 Drake Drive
Allen, TX 75002


Dated: September 6, 2019

                                        Susan Y. Soong
                                        Clerk, United States District Court


                                        By: /s/ Lisa R. Clark
                                        LISA R. CLARK, Deputy Clerk to the
                                        Honorable JAMES DONATO